IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:16-CR-42-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ALICIA JOHNSON JENKINS, | ) | |
| | ) | |
| Defendant. | ) | |

On June 25, 2018, Alicia Johnson Jenkins ("Jenkins" or "defendant") moved for a recommendation for nine to twelve months of residential reentry center ("RRC") placement [D.E. 80]. On August 20, 2018, Jenkins moved to modify the restitution order [D.E. 81]. On September 4, 2018, the government responded in opposition to Jenkins's motion to modify the restitution order [D.E. 83].

The Bureau of Prisons ("BOP") will decide whether Jenkins will serve any of her imprisonment in an RRC. See 18 U.S.C. §§ 3621(b), 3624(c). If Jenkins is not satisfied with the BOP's decision, Jenkins may seek judicial review. To date, the BOP has not made its decision [D.E. 80], and this court declines to make a recommendation. The court denies Jenkins's motion for RRC placement [D.E. 80].

The BOP also retains discretion under the Inmate Financial Responsibility Program to reduce the monthly payment amount if, in fact, the current amount constitutes a hardship. The court denies the motion to reduce the monthly payment amount [D.E. 81].

In sum, Jenkins's motion for a recommendation of nine to twelve months' placement in an RRC [D.E. 80] is DENIED, and Jenkins's motion to amend monthly restitution payments [D.E. 81] is DENIED.

SO ORDERED. This 18 day of December 2018.

                                                  JAMES C. DEVER III
                                                  United States District Judge